In the Matter of AGBH Bel Air Rental, LLC, Respondent, v Hilary Best, Appellant.

Submitted January 27, 2014; decided April 1, 2014

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in Civil Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]). Motion for poor person relief dismissed as academic.

In the Matter of Darryl P., Appellant, v Brian Fischer, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted February 10, 2014; decided April 1, 2014

Motion for reconsideration of this Court's January 9, 2014 dismissal order denied [22 NY3d 1046 (2014)].

In the Matter of GM Components Holdings, LLC, Appellant, v Town of Lockport Industrial Development Agency, Respondent.

Decided April 1, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of Jack J. Grynberg et al., Respondents, v BP Exploration Operating Company Limited et al., Appellants.

Submitted January 6, 2014; decided April 1, 2014

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.